UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.B., *by and through his parents, C.B. and J.B.* and C.B. and J.B., individually and in their own right,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NAZARETH AREA SCHOOL DISTRICT,<br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:   No.   5:24-cv-0844<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 6th day of January, 2025, upon consideration of Plaintiffs' and Defendant's Cross Motions for Judgment on the Administrative Record, *see* ECF Nos. 16, 17, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

　　1.　Plaintiffs' Motion for Judgment on the Administrative Record, *see* ECF No. 17, is **GRANTED**;

　　2.　Defendant's Motion for Judgment on the Administrative Record, *see* ECF No. 16, is **DENIED**;

　　3.　The decision of Independent Hearing Officer Cathy Skidmore, Esq., dated November 30, 2023, to award compensatory education to C.B based on a denial of an FAPE is **AFFIRMED**;

4. Within thirty days of the entry of this order, Plaintiffs **SHALL** submit a motion to determine attorney's fees and costs.

                                                  BY THE COURT:

                                                  */s/ Joseph F. Leeson, Jr.*
                                                  JOSEPH F. LEESON, JR.
                                                  United States District Judge